UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
v. : **ORDER**
:
TYRECK DOUGLAS, : 17 CR 505-9 (VB)
                           Defendant. :
------------------------------------------------------------x

       By Order dated January 20, 2023, the Court <u>denied</u> defendant's multiple requests that the Court recalculate his 92-month sentence of imprisonment. A copy of that Order was mailed to defendant. Since then, defendant has written two additional letters to the Court (dated February 20 and March 4, 2023) requesting a copy of the transcript of his sentencing on August 8, 2019. At the request of defendant's former attorney, Larry Sheehan, Esq., the Court recently authorized the expenditure of Criminal Justice Act funds to prepare the transcript so that it can be provided to defendant. The Court expects that the transcript will be prepared in the near future and that as soon as Mr. Sheehan receives it he will provide a copy to defendant.

       Chambers will mail a copy of this Order, as well as a copy of the January 20, 2023 Order, to defendant at the following address:

    Tyreck Douglas, Reg. No. 79419-054
    FCI Schuylkill
    Federal Correctional Institution
    P.O. Box 759
    Minersville, PA 17954-0759

Dated: March 8, 2023
       White Plains, NY

                                               SO ORDERED:

                                               _____
                                             Vincent L. Briccetti
                                             United States District Judge